# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 2012-CV-2801

**CINDY J. EDWARDS**

    Plaintiff,

vs.

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and COMCAST CORPORATION**

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss with Prejudice filed May 7, 2013, and the Court having been fully advised in the premises, it is therefore

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own fees and costs.

DATED: May 8th, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge